UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY GARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 4:19-CV-02819-AGF |
| ) | |
| MARYVILLE UNIVERSITY OF ST. ) | |
| LOUIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

For good cause shown and no opposition having been timely filed,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiff's motion for voluntary dismissal without prejudice is **GRANTED** (ECF No. 9), the Rule 16 conference previously scheduled for January 16, 2020 is **CANCELED**, and this case is **DISMISSED without prejudice**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 17th day of December, 2019.